JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL NORCENT TECHNOLOGY, a California corporation, | CASE NO. CV 07-00043 MMM (SSx) |
| Plaintiff, | JUDGMENT |
| vs. | |
| KONINKLIJKE PHILIPS ELECTRONICS N.V., a Netherlands corporation; and PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, a Delaware corporation, | |
| Defendants. | |

On October 29, 2007, the court held a hearing on a motion to dismiss filed by defendants Koninklijke Philips Electronics N.V. et al. Having reviewed the briefs submitted by the parties and heard oral argument, the court granted defendant's motion to dismiss with prejudice on November 28, 2007. Accordingly,

IT IS ORDERED AND ADJUDGED

    1. That plaintiff International Norcent Technology takes nothing by way of its complaint against defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America

1 | Corporation; and

2 |     2. That the action be, and it hereby is, dismissed.

4 | DATED: November 28, 2007

*/s/ Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE